UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD HENRETTA,<br><br>          Plaintiff,<br>     v.<br><br>ROGER W. ACH, II et al.,<br><br>          Defendant. | CASE NO. 3:22-cv-05407-DGE<br><br>ORDER TO FILE MOTION FOR DEFAULT JUDGMENT |

On December 18, 2023, the Court granted Plaintiff's second motion for default. (Dkt. No. 41.) As of the date of this order, Plaintiff has not filed a motion for default judgment.

The Court ORDERS Plaintiff file the motion for default judgment by April 22, 2024 or else risk dismissal for failure to prosecute.

Dated this 8th day of April 2024.

David G. Estudillo
United States District Judge

ORDER TO FILE MOTION FOR DEFAULT JUDGMENT - 1