UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD T. HENRETTA,<br><br>               Plaintiff,<br>    v.<br><br>ROGER W. ACH, II, JANET ACH,<br>CHICAGO WEST PULLMAN, LLC,<br>SOCIAL PAY, AND BIOTONE,<br><br>               Defendants. | CASE NO. 3:22-cv-05407-RJB<br><br>ORDER FOR JUDGMENT |

      This matter comes before the Court on Plaintiff's Verified Motion and Proposed Order for Entry of Judgment (Dkt. 45) as supplemented by the Court's Order Requesting Briefing (Dkt. 47) and Plaintiff's Brief in Support of Motion for Default (Dkt. 48).

      Default of the above-named Defendants was entered by the Order on Related Motion (Dkt. 41) granting the Amended Motion for Entry of Default (Dkt. 38) which named the defaulted Defendants.

      The Court is familiar with the records and files herein and the verified contents thereof supports Plaintiff's request for this Default Judgment.

ORDER FOR JUDGMENT - 1

The Judgment to be entered contains the following parts:

| | |
|---|---:|
| Unpaid wages | $52,300.00 |
| Doubled wages | $52,300.00 |
| Late payment contract | $69,250.00 |
| Stock not delivered | $959,000.00 |
| Loss of Unemployment Compensation | $24,000.00 |
| Payment of employer-side taxes | $4,000.00 |
| Outrage - damages | $1,000,000.00 |
| Costs and fees[1] | $26,000.00 |

Now, therefore, the Clerk should enter a judgment in favor of Plaintiff Richard T. Henretta and against Roger W. Ach, II, Janet Ach, Chicago West Pullman LLC, Social Pay and BioTone in the sum of $2,186,850.00.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 12th day of June, 2024.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

---

[1] Plaintiff's counsel's contingent fee agreement is not considered here, and remains in effect.

ORDER FOR JUDGMENT - 2