# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD T. HENRETTA,,<br><br>　　　　　　　　Plaintiff,<br>V<br><br>ROGER W. ACH, II, JANET ACH, CHICAGO WEST PULLMAN, LLC, SOCIAL PAY, AND BIOTONE<br><br>　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 3:22-cv-05407-RJB |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Plaintiff Richard T. Henretta and against Roger W. Ach, II, Janet Ach, Chicago West Pullman LLC, Social Pay and BioTone in the sum of $2,186,850.00.

Dated June 12, 2024.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　*s/ Ann Duke*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk